IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:21CR 349 -1 |
| | : | |
| JAMES MICHAEL FRAZIER | : | |

The Grand Jury charges:

COUNT ONE

On or about June 15, 2019, in the County of Person, in the Middle District of North Carolina, JAMES MICHAEL FRAZIER did knowingly and unlawfully possess a machinegun, as defined in Title 18, United States Code, Section 921(a)(23), and Title 26, United States Code, Section 5845(b), that is, a "homemade" short-barreled machinegun; in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

COUNT TWO

On or about June 15, 2019, in the County of Person, in the Middle District of North Carolina, JAMES MICHAEL FRAZIER knowingly possessed a firearm as defined in Title 26, United States Code, Section 5845(a)(6), that is, a machinegun, which had not been registered to him in the National Firearms Registration and Transfer Record as required by Title 26, United

States Code, Section 5841; in violation of Title 26, United States Code, Sections 5861(d) and 5871.

## COUNT THREE

On or about June 15, 2019, in the County of Person, in the Middle District of North Carolina, JAMES MICHAEL FRAZIER knowingly made a firearm as defined by Title 26, United States Code, Section 5845(a) and 5845(b), that is, a "homemade" short-barreled machinegun, without having first filed written application with the Secretary of the Treasury or his delegate as required by Title 26, United States Code, Section 5822; in violation of Title 26, United States Code, Sections 5861(f) and 5871.

## COUNT FOUR

On or about June 15, 2019, in the County of Person, in the Middle District of North Carolina, JAMES MICHAEL FRAZIER knowingly did possess firearms as defined by Title 26, United States Code, Section 5845(a), that is, two firearm silencers, as defined in Title 18, United States Code, Sections 921(a)(3) and 921(a)(24), which had not been registered to him in the National Firearms Registration and Transfer Record as required by Title 26,

United States Code, Section 5841; in violation of Title 26, United States Code, Sections 5861(d) and 5871.

DATED: September 27, 2021

SANDRA J. HAIRSTON
Acting United States Attorney

BY: JACOB D. PRYOR
Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON